# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 00 C 6152 | **DATE** | 12/5/2000 |
| **CASE TITLE** | MSN Communications, Inc. vs. Tamma Eighmy, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation that this cause be dismissed for failure to pay fees under Local Rules 3.3(b) and 3.3(e), and further, this case should be dismissed for want of prosecution for failure of plaintiff to appear in court on December 5, 2000 is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | 3 number of notices | **Document Number** |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | 4 |
| | Mail AO 450 form. | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | |
| | | 12/5/2000 date mailed notice | |
| IS | courtroom deputy's initials | | |
| | | IS mailing deputy initials | |
| | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MSN COMMUNICATIONS, INC.,            )
a Colorado corporation,              )
                                     )
        Plaintiff,                   )
                                     )    Case No. 00 C 6152
    v.                               )
                                     )    Judge Marvin E. Aspen
TAMMA EIGHMY, and DAVID JACOBS,      )
                                     )    Magistrate Judge
        Defendants,                  )      Martin C. Ashman
                                     )
    v.                               )
                                     )
DOUGLAS SCHUCK, and MSN DIRECT,      )
INC.,                                )
                                     )
        Third-Party Defendants.      )

## REPORT AND RECOMMENDATION

This matter was referred to this Court for action on a motion to quash subpoena. For the following reasons this Court recommends that this motion be denied and the action dismissed.

The case was commenced by the receipt by the clerk of the court of correspondence from Plaintiff concerning a subpoena for records. The clerk of court treated the letter as a motion to quash the subpoena and requested that Plaintiff forward the $20.00 filing fee. Instead, the Plaintiff wrote the clerk stating that "The motion to Quash the Subpoena is irrelevant" because Plaintiff had already performed the requirements of the subpoena and was merely requesting repayment of what he considered unnecessary expenses. The Plaintiff did not plead but this Court notes that Rule 45(c)(1) of the Federal Rules of Civil

4

Procedure allows a court to impose sanctions on a party who imposes undue burdens or expense on a person subject to that subpoena.

However, Plaintiff failed to pay the $20.00 filing fee requested by the clerk of court. As a consequence this Court, on November 17, 2000, ordered Plaintiff to show cause, within 15 days up to and including December 4, 2000, why his complaint should not be dismissed for failure to pay filing costs as required by Local Rule 3.3(b) and Local Rule 3.3(e). Status hearing was set for December 5, 2000 at 10 a.m. before this Court. Notice was mailed to Plaintiff of this order.

Since that time Plaintiff has not filed any document with this Court, has not paid the filing fee, and has not appeared in court on December 5, 2000. For these reasons, this Court recommends that this cause be dismissed for failure to pay fees under Local Rules 3.3(b) and 3.3(e). Further, this case should be dismissed for want of prosecution for failure of Plaintiff to appear in court on December 5, 2000.

Dated: December 5, 2000.

MARTIN C. ASHMAN
United States Magistrate Judge

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Marvin E. Aspen within ten (10) days after service of this Report and Recommendation. *See* FED. R. CIV. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

ROBERT L. BUCHANAN, CPA
President, Advanced Information
  Management, Inc.
74 Beyers Lake
Pana, IL  62557-9700

THOMAS C. BELL, Esq.
Davis, Graham & Stubbs, L.L.P.
1550 17th Street, #500
Denver, CO  80202